# EXHIBIT

# "A"

Exhibit "A"

GIA, MUSCOGEE COUNTY:

served the defendant _____ Pedro Burgos + all others _____ personally with a

f the within summons and affidavit by leaving a copy of the within summons and affidavit with _____ tack + mail _____ a person of suitable age and discretion residing

Stated Address

ne _____ day of __MAY 2 2 2013__ _____, 20____

Linda Rockwell

Deputy Marshal, Municipal Court of Columbus, Georgia

No. 13CVS 251

571936
571937

## Dispossessory Warrant

Issued from the
MUNICIPAL COURT
OF COLUMBUS, GEORGIA

Address

Wells Fargo Bank 2003-1 as Trustee for Asset Backed Certificates Series 2003-1
c/o Pendergast & Associates PC
115 Perimeter Center Place Suite 1000
Atlanta, GA 30346 (770)392-0398

Telephone

Pedro Burgos and All Others          versus          Defendant

Address
7440 Mckee Road
Upatoi, GA 31829

Filed in Office
_____ day of _____ 2013
Steven D. Smith
VIVIAN CREIGHTON BISHOP, Clerk

8th Floor, Government Center
COLUMBUS, GA

Howell A. Hall GA Bar No. 318750
Plaintiff's Attorney

Rent ............. $
Issued Warrant ..... $
Issued Writ ...... $ 5.00

## GEORGIA, MUSCOGEE COUNTY WRIT OF POSSESSION

the Marshal of the Municipal court of Columbus, Georgia and his lawful deputies of any Sheriff, his deputies or lawful constable
said county: You are hereby commanded to evict said defendant and to place said plaintiff in full possession of said premises.

lness, The Honorable Stephen Hyles, Judge of Municipal Court of Columbus, Georgia

is the _____ day of _____, 20____.

_____
Judge, Clerk, Deputy Clerk
Municipal Court of Columbus, Georgia

eorgia, Muscogee County: I have this day executed the within writ by putting the plaintiff in quiet possession of the premises therein

entioned, on the _____ day of _____, 20____.

_____
Deputy Marshal, Municipal Court of Columbus, Georgia

DISPOSSESSORY WARRANT

## MUNICIPAL COURT OF COLUMBUS, GEORGIA

State of Georgia – Muscogee County:

IN PERSON BEFORE ME, came the undersigned deponent, Howell A. Hall who on oath says that he is attorney for Wells Fargo Bank N.A. as Trustee for Asset-Backed Certificates Series who on oath says that _Pedro Burgos and All Others_ are in possession, as tenants of a house and premises situated at 7440 Mckee Road, Upatoi, GA 31829

In city of Columbus, Georgia, said State and County, the property of _Wells Fargo Bank N.A. as Trustee for Certificates, Series 2003-1 Asse Backed Certificates, Series 2003-1_ That said tenant is a tenant at sufferance due to a foreclosure sale on _12-04-12_; that the said owner desired and has demanded possession of the house and premises, and the same had been refused by the said tenant _Pedro Burgos And All Others_

And Deponent makes this affidavit that a warrant may issue for the removal of said tenant from said house and premises,

Sworn to and subscribed before me this _15th_ day of _May_, _2013_

_____ Deponent

NOTARY PUBLIC

Howell A. Hall  GA Bar No. 318720
770-393-0398 Ext 338

_____ Deputy Clerk
Judge, Clerk
(Municipal Court of Columbus, Georgia)

State of Georgia – Muscogee County:

To the Marshall of the Municipal Court of Columbus, Georgia, and His Lawful Deputies or any Sheriff, his deputy or Lawful Constable of said County, Greetings:

Whereas, Howell A. Hall Attorney for _Wells Fargo Bank N.A. as Trustee for Asset-Backed Certificates Series 2003-1_ having made affidavit that _Pedro Burgos and All Others_ is in possession as tenant of a house and premises located at _7440 Mckee Road, Upatoi, GA 31829_ In the City of Columbus, Georgia, said State and County, the property of _Wells Fargo Bank N.A. as Trustee for Asset-Backed Certificates Series 2003-1_ and that said tenant is a tenant at sufferance due to a foreclosure sale on _12-04-12_

This is, therefore to command and require you to serve _Pedro Burgos and All Others_ (or and person of suitable age and discretion personally residing on said premises), with a copy of the foregoing affidavit and following summons.

Steven D. Smith

Witness the Honorable XXXXXXXXXX Judge of the Municipal Court of Columbus, Georgia this the _20_ day of _May_, _2013_

_____ Deputy Clerk
Judge, Clerk
(Municipal Court of Columbus, Georgia)

### SUMMONS

To: _Pedro Burgos and All Others_

You are hereby summoned and required to file any answer that you may have in the above matter which is herewith served on you. Your answer must be filed with the Clerk of the Municipal Court of Columbus, Georgia on or before the _____ day of _MAY 2 9 2013_, _____. If an answer is filed, a trial of the issues shall be had in accordance with the procedures for civil actions in courts of record.

A Dispossessory Warrant had been taken out to remove you from your house and premises. As a matter of right, you may file any answer in the above matter with the Clerk of the Municipal Court of Columbus, Georgia. Your answer, whether oral or in writing, may contain any legal or equitable defense as to why you do not owe the rent which is alleged in this warrant or why you should not be evicted. If you do not file an answer on or before the above stated date, a judgment by default will be taken against you, (and Deponent will be entitled to a writ of possession and all rent past due.)

Steven D. Smith

Witness the Honorable XXXXXXXXX, Judge of the Municipal Court of Columbus, Georgia this the _20_ day of _May_, _2013_

_____ Deputy Clerk
Judge, Clerk
(Municipal Court of Columbus, Georgia)