# EXHIBIT "C"

IN THE MUNICIPAL COURT OF COLUMBUS

STATE OF GEORGIA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. as Trustee for Option One Mortgage Loan Trust 2003-1,<br><br>    Plaintiff,<br>v.<br><br>PEDRO J. BURGOS<br>and ALL OTHERS,<br><br>    Defendants. | § § § § § § § § § § § | CIVIL ACTION<br>FILE NUMBER: <u>MC2013CV5251.</u><br><br>NOTICE OF REMOVAL<br>SPECIAL APPEARANCE BY DEFENDANTS |

FILED
MUNICIPAL COURT
MUSCOGEE COUNTY

## NOTICE OF REMOVAL

**COMES NOW, PEDRO J. BURGOS** and **ALL OTHERS,** the Defendants and through Special Appearance hereby files this NOTICE OF REMOVAL against the above-named Plaintiff and hereby removes this case to the United States District Court for the Middle District of Georgia, Columbus Division pursuant to **28 U.S.C. § 1441(a)(b).** Therefore this Court lacks jurisdiction.

**WHEREFORE,** the Defendants hereby remove this civil action to the Federal District Court for all relief as a matter of law.

**Respectfully submitted this the** _21st_, day of June 2013.

Jointly Filed and Served by:

_____
Pedro J. Burgos, PRO SE
Attorney for the Defendant

_____
Tony L. Ware, PhD, JD, PRO SE
Attorney for the Defendant

7440 McKee Road
Upatoi, Georgia 31829
(706) 332-6881

IN THE MUNICIPAL COURT OF COLUMBUS

STATE OF GEORGIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. as Trustee for Option One Mortgage Loan Trust 2003-1,<br><br>Plaintiff,<br>v.<br><br>PEDRO J. BURGOS and ALL OTHERS,<br><br>Defendants. | CIVIL ACTION<br>FILE NUMBER: MC2013CV5251.<br><br>CERTIFICATE OF SERVICE<br>SPECIAL APPEARANCE BY DEFENDANTS |

FILED

MUNICIPAL COURT MUSCOGEE COUNTY

## CERTFICATE OF SERVICE

**COMES NOW, PEDRO J. BURGOS** and **ALL OTHERS** as Pro Se and as Attorneys for the Defendant for themselves in the above-styled civil action and hereby certify that I have personally served upon Plaintiff's counsel with a copy of Defendants' NOTICE OF REMOVAL upon the following person to wit:

Howell A. Hall, Esq.
115 Perimeter Center, Suite 1000
Atlanta, Georgia 30346

Respectfully submitted this the 21st ____, day of June 2013.

Jointly Filed and Served by:

_____
Pedro J. Burgos, PRO SE
Attorney for the Defendant

_____
Tony L. Ware, PhD, JD, PRO SE
Attorney for the Defendant

7440 McKee Road
Upatoi, Georgia 31829
(706) 332-6881