IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS

| | | |
|---|---|---|
| Wells Fargo Bank, NA, | ) | |
| as Trustee for Option One Mortgage | ) | |
| Loan Trust 2003-1, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:13-cv-00193-CDL |
| | ) | |
| v. | ) | |
| | ) | |
| Pedro Burgos, | ) | |
| and All Others, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COME NOW Scott H. Michalove and Daniel P. Moore of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as counsel of record for Plaintiff Wells Fargo Bank in substitution for Howell A. Hall of Pendergast and Associates. The aforementioned counsel is withdrawing as counsel of record for Plaintiff with their knowledge and consent.

Substitute counsel's address, bar numbers, telephone number, facsimile number, and email addresses are as follows:

Scott H. Michalove, Esq.
Georgia Bar No. 504016

Daniel P. Moore, Esq.
Georgia Bar No. 940480

1

A MRS 2543894 v1
9600000-000414  06/25/2013

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: (404) 577-6000
Facsimile: (404) 221-6501
smichalove@bakerdonelson.com
dmoore@bakerdonelson.com

All further pleadings, orders, and notices should be sent to substitute counsel, effective as of the date of filing of this Notice.

Respectfully submitted, this 3rd day of July, 2013.

| /s/ Scott H. Michalove | /s/ Howell A. Hall* |
|---|---|
| Scott H. Michalove<br>Georgia Bar No. 504016<br>Daniel P. Moore, Esq.<br>Georgia Bar No. 940480<br>**BAKER, DONELSON, BEARMAN,**<br>**CALDWELL & BERKOWITZ, P.C.**<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, N.E.<br>Phone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>smichalove@bakerdonelson.com<br>dmoore@bakerdonelson.com | Howell A. Hall<br>Georgia Bar No. 318750<br>*(Signed with express permission)*<br>**PENDERGAST & ASSOCIATES, PC**<br>115 Perimeter Center Place<br>South Terraces, Suite 1000<br>Atlanta, Georgia 30346<br>Telephone: (770) 392-0303<br>hhall@penderlaw.com |

A MRS 2543894 v1
9600000-000414  06/25/2013

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was served via electronic copy of the ECF notification system to counsel of record and has been sent via United States Mail, postage pre-paid, in a properly addressed envelope to Pro Se Defendant:

>Pedro J. Burgos
>7440 McKee Rd
>Upatoi, GA 31829
>
>Howell A. Hall, Esq.
>115 Perimeter Center Place
>South Terraces, Suite 1000
>Atlanta, Georgia 30346

This 3rd day of July, 2013.

>  /s/ Scott H. Michalove
>Scott H. Michalove, Esq.
>Georgia Bar No. 504016
>*Attorney for Plaintiff*

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Ph. 404-577-6000
Fax 404-221-6501
Email:       smichalove@bakerdonelson.com

A MRS 2543894 v1
9600000-000414  06/25/2013