IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| Wells Fargo Bank, NA,<br>as Trustee for Option One Mortgage<br>Loan Trust 2003-1, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) | CASE NO. 4:13-cv-00193-CDL |
| | ) | |
| v. | ) | |
| | ) | |
| Pedro Burgos,<br>and All Others, | ) <br> ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **MOTION TO REMAND**

COMES NOW, Wells Fargo Bank, NA, as Trustee for Option One Mortgage

Loan Trust 2003-1, (hereinafter "Wells Fargo" or "Plaintiff") Plaintiff in the above

referenced civil action, and pursuant to 28 U.S.C. § 1447(c) moves this Honorable

Court to enter an Order remanding this civil action to the Municipal Court of

Columbus, State of Georgia, on the grounds that this Court does not have subject

matter jurisdiction over this civil action.

In support of this Motion, Wells Fargo relies on its Memorandum of Law in

Support of Motion to Remand filed contemporaneously herewith, and the other

pleadings and documents of record in this action.

WHEREFORE, Wells Fargo prays that its Motion to Remand be granted and that Wells Fargo has such other and further relief as may be just and proper.

Respectfully submitted, this 5th day of July, 2013.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, N.E.<br>Phone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>smichalove@bakerdonelson.com<br>dmoore@bakerdonelson.co | */s/ Scott H. Michalove*<br>Scott H. Michalove<br>Georgia Bar No. 504016<br>Daniel P. Moore, Esq.<br>Georgia Bar No. 940480 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **<u>MOTION TO</u>**

**<u>REMAND</u>** was served via electronic copy of the ECF notification system to counsel

of record and has been sent via United States Mail, postage pre-paid, in a properly

addressed envelope to Pro Se Defendant:

> Pedro J. Burgos
> 7440 McKee Rd
> Upatoi, GA 31829

This 5th day of July, 2013.

> *    /s/ Scott H. Michalove*
> Scott H. Michalove, Esq.
> Georgia Bar No. 504016
> *Attorney for Plaintiff*

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Ph. 404-577-6000
Fax 404-221-6501
Email: smichalove@bakerdonelson.com