IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| Wells Fargo Bank, NA, | ) | |
| as Trustee for Option One Mortgage | ) | |
| Loan Trust 2003-1, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:13-cv-00193-CDL |
| | ) | |
| v. | ) | |
| | ) | |
| Pedro Burgos, | ) | |
| and All Others, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **Amended Rule 7.1 Corporate Disclosure**

The undersigned counsel of record for Plaintiff to this action certifies that the following is a full and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of the following:

A.  Wells Fargo & Company is the parent corporation of Wells Fargo Bank, N.A..  Wells Fargo and Company owns 100% interest in Wells Fargo Bank, N.A.. Wells Fargo & Company is a publicly traded company and no other publicly traded entity owns more than 10% of the stock of Wells Fargo & Company;

B.  Wells Fargo Bank, N.A. is the parent corporation of Wells Fargo Home Mortgage.  Wells Fargo Bank, N.A. owns 100% of Wells Fargo Home Mortgage.

1

This 9th day of July, 2013.

                        Respectfully submitted,

                        */s/ Scott H. Michalove*
                        Scott H. Michalove
                        Georgia Bar No. 504016
                        Daniel P. Moore, Esq.
                        Georgia Bar No. 940480
                         *Attorneys for Plaintiff*

**BAKER, DONELSON,**
**BEARMAN, CALDWELL &**
**BERKOWITZ, P.C.**
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Phone: (404) 577-6000
Facsimile: (404) 221-6501
smichalove@bakerdonelson.com
dmoore@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Amended Rule 7.1 Corporate Disclosure** was served via electronic copy of the ECF notification system to counsel of record and was sent via United States Mail, postage pre-paid, in a properly addressed envelope to Pro Se Defendant:

>Pedro J. Burgos
>7440 McKee Rd
>Upatoi, GA 31829
>
>Howell A. Hall, Esq.
>115 Perimeter Center Place
>South Terraces, Suite 1000
>Atlanta, Georgia 30346

This 9th day of July, 2013.

>/s/ Scott H. Michalove
>Scott H. Michalove, Esq.
>Georgia Bar No. 504016
>*Attorney for Plaintiff*

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Ph. 404-577-6000
Fax 404-221-6501
Email:       smichalove@bakerdonelson.com