GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile:  (706) 649-7790

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
PO BOX 124
COLUMBUS, GEORGIA 31902-0124

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

# MEMORANDUM

TO:     All Counsel and *Pro Se* Parties

FROM:   Gregory J. Leonard

DATE:   August 7, 2013

RE:     Wells Fargo Bank, N.A. v. Burgos
        Case Number 4-13-cv-193 (CDL)

The joint, proposed Scheduling/Discovery Order requested from the parties by the Court's Rules 16/26 Order is now **past due**. Unless the proposed order is received within 14 days from the date of this memorandum, the case file will be referred to the district judge for possible sanctions.