IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NA, as Trustee for Option One Mortgage Loan Trust 2003-1, | * |
| | * |
| Plaintiff, | Case No. 4:13-CV-193-CDL |
| v. | * |
| PEDRO J. BURGOS, and all others, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Text Only Order dated August 19, 2013, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Municipal Court of Muscogee County, Georgia.

This 20th day of August, 2013.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk